JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON M. RAWLS,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA; and<br>SECRETARY OF THE ARMY,<br><br>   Defendants. | Case No. 8:23-cv-00364-JWH-JDE<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendant's Motion to Dismiss [ECF No. 17]" entered substantially contemporaneously herewith, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. The operative pleading is the First Amended Complaint [ECF No. 16] filed by Plaintiff Jason M. Rawls.

3. In his First Amended Complaint, Plaintiff Jason M. Rawls does not assert a claim for relief against Defendant United States of America. Accordingly, Defendant United States of America is **DISMISSED**.

4. Defendant Secretary of the Army shall have **JUDGMENT** in her **FAVOR** and **AGAINST** Plaintiff Jason M. Rawls. Plaintiff Jason M. Rawls shall take nothing by way of his First Amended Complaint. This action is **DISMISSED**.

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 28, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE